IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DANA BROWN-ACKER
*On behalf of the succession and*
*wrongful death beneficiaries of*
*Carolyn Brown, Deceased*                                      PLAINTIFF


v.                                               Civil No. 1:24-cv-254-HSO-BWR


ROGIN SUBEDI, MD                                               DEFENDANT


**FINAL JUDGMENT**

The claims of Plaintiff Dana Brown-Acker, on behalf of the succession and wrongful death beneficiaries of Carolyn Brown, Deceased, against Defendant Rogin Subedi, M.D., came on for trial before the Court and a jury beginning on the 20th day of April, 2026, and concluding on the 23rd day of April, 2026, Honorable Halil Suleyman Ozerden, Chief United States District Court Judge, presiding.  The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Verdict Form, the jury retired to consider its verdict.  The jury returned upon their oaths, into open Court, a unanimous verdict in favor of Defendant.

In accordance with the verdict,

1

2

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is entered in favor of Defendant Rogin Subedi, M.D., and this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of April, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE

2